FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG - 2 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:16-CR-00170 SWW |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| ROY LEE BOLES, JR. | ) | 18 U.S.C. § 3013 |
| | ) | 18 U.S.C. § 3571 |
| | ) | 18 U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.   Prior to March 19, 2016, the Defendant,

**ROY LEE BOLES, JR.,**

had previously been convicted as follows:

1.   In Pulaski County Circuit Court for Residential Burglary, in criminal case 2013-4184;

2.   In Pulaski County Circuit Court for Residential Burglary, in criminal case 2013-3822; and

3.   In Pulaski County Circuit Court for Residential Burglary, in criminal case 2013-3397.

B.   The crimes set forth in paragraph A were punishable by a term of imprisonment exceeding one year.

C.   On or about March 19, 2016, in the Eastern District of Arkansas, the Defendant,

**ROY LEE BOLES, JR.,**

did knowingly possess the following firearm in and affecting commerce, to wit, one Ruger, model P-95DC 9mm pistol, bearing serial number 31628529, violating Title 18, U.S.C. § 922(g)(1).

[End of text. Signature page to follow.]