AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT



EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

ROY LEE BOLES, JR.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:16CR00170-01 SWW

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Susan Webber Wright - District Judge

Name of Judge | Title of Judge

6-8-2017
Date